HUMPHREY M. BOURNE, Respondent, v. GARDINER & WELLS COMPANY, INC., Appellant.— Motion for leave to appeal to the Court of Appeals denied.   Stay continued for thirty days to enable appellant to apply to the Court of Appeals. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.